AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| :---: | :--- |
| v. | ) Case: 1:23-mj-00197 |
| Tonya Webb | ) Assigned To : Upadhyaya, Moxila A. |
| DOB: 02-23-1974 | ) Assign. Date : 8/7/2023 |
|  | ) Description: Complaint W/ Arrest Warrant |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
| :--- | :--- |
| 18 U.S.C. § 1752(a)(1) | - Entering and Remaining in a Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(2) | - Disorderly and Disruptive Conduct in a Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(D) | - Disorderly Conduct in a Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(G) | - Parading, Demonstrating, or Picketing in any of the Capitol Buildings. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Tim O'Brien, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 8/08/2023

*Judge's signature*

City and state: Washington, D.C.    MOXILA A. UPADHYAYA, U.S. Magistrate Judge
*Printed name and title*