AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| :--- | :--- |
| v. | ) Case: 1:23-mj-00197 |
| Tonya Webb | ) Assigned To : Upadhyaya, Moxila A. |
|  | ) Assign. Date : 8/7/2023 |
|  | ) Description: Complaint W/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Tonya Webb,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☒ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in any of the Capitol Buildings.

Date:   08/08/2023

Moxila A. Upadhyaya
2023.08.08 17:19:05 -04'00'
*Issuing officer's signature*

City and state:   Washington, D.C.       MOXILA A. UPADHYAYA, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 08/21/2023, and the person was arrested on *(date)* 08/25/2023
at *(city and state)* Huntsville, AL.

Date: 08/25/2023

Randy Markham
*Arresting officer's signature*

Randy Markham, FBI Special Agent
*Printed name and title*