UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:23-cr-00301-CRC |
| ) | |
| TONYA ELIZABETH WEBB ) | |

**Order on Motion for Payment of Travel Expenses
Pursuant to 18 U.S.C. § 4285**

Before the Court is a Motion for Payment of Travel Expenses Pursuant to 18 U.S.C. § 4285 filed by the Defendant, Ms. Tonya Elizabeth Webb. (ECF. No. 37.) For good cause shown, the motion is **GRANTED**.

The United States Marshal Service (USMS) is **DIRECTED** to provide, at its own expense, noncustodial transportation (in the form of mileage reimbursement) for Ms. Webb's travel from her home in Tuscumbia, Alabama, to the District of Columbia for the jury trial in this matter on Monday, October 21, 2024, at 9:30 a.m., before the undersigned.

The USMS is further **DIRECTED** to furnish Ms. Webb with an amount of money, not to exceed the amount authorized by 5 U.S.C. § 5702(a) as a per diem allowance, for subsistence expenses (including but not limited to lodging) for Ms. Webb's travel from Tuscumbia, Alabama, to the District of Columbia for her trial.

**DONE** and **ORDERED** this ___ day of September, 2024.

**CHRISTOPHER R. COOPER**
**UNITED STATES DISTRICT JUDGE**